[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-10043

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 20, 2009
THOMAS K. KAHN
CLERK

D.C. Docket No. 04-01415-CV-ORL-28DAB


GARY L. MOCK,

                                        Plaintiff-Appellant
                                        Cross-Appellee,

                   versus


BELL HELICOPTER TEXTRON, INC.,

                                        Defendant-Appellee
                                        Cross-Appellant.


_____

Appeals from the United States District Court
for the Middle District of Florida

_____

(February 20, 2009)
**ON PETITION FOR REHEARING**


Before WILSON and COX, Circuit Judges, and ALBRITTON,[*] District Judge.

_____

[*] Honorable W. Harold Albritton, III, United States District Judge for the Middle District
of Alabama, sitting by designation.

PER CURIAM:

After our January 20, 2009 opinion was filed, Cross-Appellant/Defendant Bell Helicopter Textron, Inc. ("Bell Helicopter") filed a petition for rehearing. The petition is granted to the extent that we vacate our prior opinion and substitute the following in its place.

In a bifurcated trial, the jury returned a verdict finding Bell Helicopter liable to the Plaintiff, Gary L. Mock, and the district court awarded Mock damages in the amount of $225,809 plus interest. On appeal, Mock claims that the district court, in computing the damage award, made the following errors: limiting back pay, denying recovery for lost retirement benefits, denying reinstatement, denying front pay, and in determining the applicable prejudgment interest rate.

Bell Helicopter filed a cross-appeal, raising issues of liability. On cross-appeal, Bell Helicopter claims that it is entitled to judgment as a matter of law because the evidence failed to establish pretext, and the district court improperly admitted "me too" evidence. Alternatively, Bell Helicopter requests a new trial on the merits.

After a thorough review and consideration of the record, the parties' briefs, and the oral arguments of counsel, we find no error as to the legal issues and that

2

the district court's award of damages was within the court's discretion.

Accordingly, we affirm the district court in all respects.

**AFFIRMED**.